**Dismissed and Opinion Filed October 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00967-CV

---

**GREENER CITY GROUP, INC., GCG-RICCA JV, LLC, THEODORE DREW COLON, AND JACOB B. MOSS, Appellants**

**V.**

**RUBEN ZUNIGA, VISIONS INFINITY HOMES, LTD., AND GRANITE RE HOLDINGS, LLC, Appellees**

---

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-04680**

---

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Partida-Kipness

Before the Court is appellants' motion to dismiss the appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

190967F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GREENER CITY GROUP, INC., GCG-
RICCA JV, LLC, THEODORE DREW
COLON, AND JACOB B. MOSS,
Appellants

No. 05-19-00967-CV          V.

RUBEN ZUNIGA, VISIONS INFINITY
HOMES, LTD., AND GRANITE RE
HOLDINGS, LLC, Appellees

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-04680.
Opinion delivered by Justice Partida-
Kipness, Justices Bridges and Molberg
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal and **ORDER** that each party bear its own costs, if any, of this appeal.

Judgment entered this 28th day of October, 2019.